Tyrone Mock
A#690-210 (Trumbull Corr. Insti)
P.O. Box 901
Leavittsburg, Ohio
44430

Clerk, U.S. District
Court, Northern
District
125 Market Street
Youngstown, Ohio
44503